## MITCHELL v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided Feb. 23, 1934.)

E. E. RICE for movant.

B. P. WOOTTON, Attorney General, and D. C. WALLS, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.